SAO
**BRIAN K. HARRIS, ESQ.**
Nevada Bar No. 7737
**CHRISTIAN N. GRIFFIN, ESQ.**
Nevada Bar No. 10601
**HARRIS & HARRIS INJURY LAWYERS**
1645 Village Center Circle, Suite 60
Las Vegas, Nevada 89134-6371
702.880.4529 - Telephone
702.880.4528 - Facsimile
Brian@harrislawyers.com
Christian@harrislawyers.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \*

| | |
|---|---|
| SANDRA SCAMMAN | Case No. 2:21-cv-02188-APG-NJK |
| Plaintiff, | |
| vs. | |
| GEICO CASUALTY COMPANY; DOES 1 through 10; ROE CORPORATIONS 11-20, inclusive, | |
| Defendants. | |

**STIPULATION AND ORDER FOR EXTENSION OF RESPONSES TO DEFENDANT GEICO'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT (SECOND REQUEST)**

The above parties, by and through their respective counsel of record, hereby submit the following **STIPULATION FOR EXTENSION OF RESPONSES TO DEFENDANT GEICO'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT (SECOND REQUEST).** The parties are discussing possible alternative resolutions and would like to take time to explore further discussions before expending party and court resources.

. . . .

. . . .

. . . .

2:21-cv-02188APG-NJK
01.26.18 MVA

While the parties stipulated to an earlier extension, the parties remain optimistic that a resolution will be forthcoming. As such, the parties request an additional extension of the current response deadlines as follows:

**PROPOSED BRIEFING:**

| | | |
|---|---|---|
| Plaintiff's Response | : | February 1, 2022 |
| Defendant's Reply | : | February 8, 2022 |

DATED this 11th day of January, 2022

| HARRIS & HARRIS | McCORMICK, BARSTOW, SHEPPARD WAYTE & CARRUTH, LLP |
|---|---|
| *ELECTRONIC SIGNATURE APPROVED* <br> By: /c/ *CHRISTIAN N. GRIFFIN* <br> **BRIAN K. HARRIS, ESQ.** <br> Nevada Bar No. 7737 <br> **CHRISTIAN N. GRIFFIN, ESQ.** <br> Nevada Bar No. 10601 <br> 1645 Village Center Circle, Suite 60 <br> Las Vegas, Nevada 89134-6371 <br> 702.880.4529 - Telephone <br> 702.880.4528 - Facsimile <br> *Attorneys for Plaintiffs* | *ELECTRONIC SIGNATURE APPROVED* <br> By /s/ *JONATHAN W. CARLSON* <br> **JONATHAN W. CARLSON, ESQ.** <br> Nevada Bar No. 10536 <br> **FRANK A TODDRE, ESQ.** <br> Nevada Bar No. 11474 <br> 8337 W. Sunset Road, Suite 350 <br> Las Vegas, Nevada 89113 <br> 702.949.1100 - Telephone <br> 702.949.1101 - Facsimile <br> *Attorneys for Defendant* |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: January 13, 2022

-2-